Certificate Number: 16339-GAN-DE-040000776

Bankruptcy Case Number: 24-58957



16339-GAN-DE-040000776

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 20, 2025, at 1:47 o'clock PM EDT, Adrianna Adams completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:  August 20, 2025                  By:   /s/Kelley Tipton

                                        Name: Kelley Tipton

                                        Title: Certified Financial Counselor