**IT IS ORDERED as set forth below:**



Date: September 9, 2025

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| **ADRIANNA MAY-LIEN ADAMS**, | : | CASE NO. **24-58957**-PWB |
| | : | |
| Debtor. | : | |
| _____ | : | _____ |
| THE CREDIT UNION LOAN SOURCE, | : | |
| LLC D/B/A CINCH AUTO FINANCE, | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| ADRIANNA MAY-LIEN ADAMS, | : | |
| Debtor; | : | |
| and KYLE A. COOPER, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |

**ORDER**

This matter came on for hearing September 3, 2025, on the *Motion for Relief from Automatic Stay* (the "Motion") filed by The Credit Union Loan Source, LLC d/b/a Cinch Auto

Finance (the "Movant").  Movant claims a security interest in Debtor's vehicle: 2019 Chevrolet Traverse (the "Collateral").  Movant, by counsel, filed a Certificate of Service and contends proper service of the Motion.  Neither Debtor nor Chapter 7 Trustee opposed the Motion; accordingly, it is hereby

ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 is modified to the extent necessary to allow Movant to recover and dispose of the Collateral in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to Trustee any remaining sale proceeds; alternatively, if the disposition results in a deficiency, Movant may amend its claim filed in this case, subject to objection. The Court ORDERS that Rule 4001(a)(4) does not apply.

[END OF DOCUMENT]

PREPARED and PRESENTED BY:
The Law Office of
LEFKOFF, RUBIN, GLEASON & RUSSO
& SMITH, P.C.
Attorneys for Movant


By:     /s/
   Philip L. Rubin
   Ga. State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com

## DISTRIBUTION LIST

Philip L. Rubin, Esq.
Lefkoff, Rubin, Gleason, Russo & Smith, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342

Adrianna May-lien Adams
4350 Stonewall Tell Rd
Atlanta, GA 30349

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy
Atlanta, GA 30341

Kyle A. Cooper
Chapter 7 Trustee
120 Travertine Trail
Alpharetta, GA 30022

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303