

**IT IS ORDERED as set forth below:**

Date: September 9, 2025

_____

**Paul W. Bonapfel**
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| | : | |
| **ADRIANNA MAY-LIEN ADAMS**, | : | CASE NO. **24-58957**-PWB |
| | : | |
| Debtor. | : | |
| —————————— | : | —————————— |
| THE CREDIT UNION LOAN SOURCE, | : | |
| LLC D/B/A CINCH AUTO FINANCE, | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| ADRIANNA MAY-LIEN ADAMS, | : | |
| Debtor; | : | |
| and KYLE A. COOPER, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |

**ORDER**

This matter came on for hearing September 3, 2025, on the *Motion for Relief from Automatic Stay* (the "Motion") filed by The Credit Union Loan Source, LLC d/b/a Cinch Auto

Finance (the "Movant").  Movant claims a security interest in Debtor's vehicle: 2019 Chevrolet Traverse (the "Collateral").  Movant, by counsel, filed a Certificate of Service and contends proper service of the Motion.  Neither Debtor nor Chapter 7 Trustee opposed the Motion; accordingly, it is hereby

ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 is modified to the extent necessary to allow Movant to recover and dispose of the Collateral in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to Trustee any remaining sale proceeds; alternatively, if the disposition results in a deficiency, Movant may amend its claim filed in this case, subject to objection. The Court ORDERS that Rule 4001(a)(4) does not apply.

[END OF DOCUMENT]

PREPARED and PRESENTED BY:
The Law Office of
LEFKOFF, RUBIN, GLEASON & RUSSO
& SMITH, P.C.
Attorneys for Movant


By:　　/s/
　　Philip L. Rubin
　　Ga. State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com

## DISTRIBUTION LIST

Philip L. Rubin, Esq.
Lefkoff, Rubin, Gleason, Russo & Smith, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342

Adrianna May-lien Adams
4350 Stonewall Tell Rd
Atlanta, GA 30349

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy
Atlanta, GA 30341

Kyle A. Cooper
Chapter 7 Trustee
120 Travertine Trail
Alpharetta, GA 30022

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 24-58957-pwb |
| Adrianna May-lien Adams | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Sep 10, 2025 | Form ID: pdf401 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adrianna May-lien Adams, 4350 Stonewall Tell Rd, Atlanta, GA 30349-1714 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brandi L. Kirkland | on behalf of Trustee K. Edward Safir courtdailysummary@atlch13tt.com |
| E. L. Clark | on behalf of Debtor Adrianna May-lien Adams cwatlantabk@gmail.com  clarkwash@ecf.courtdrive.com |
| Kyle A. Cooper | kylecoopertrustee@gmail.com  ecf.alert+Cooper@titlexi.com |
| Matthew Franklin Totten | on behalf of Creditor Seven Points Borrower  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Philip L. Rubin | on behalf of Creditor The Credit Union Loan Source  LLC dba Cinch Auto Finance prubin@lrglaw.com |

District/off: 113E-9 User: bncadmin Page 2 of 2
Date Rcvd: Sep 10, 2025 Form ID: pdf401 Total Noticed: 1
TOTAL: 6