**IT IS ORDERED as set forth below:**



**Date: September 24, 2025**

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: 24-58957-PWB |
| ADRIANNA MAY-LIEN ADAMS<br>*AKA* ADRIANNA M ADAMS<br>*AKA* ADRIANNA ADAMS<br>*AKA* ADRIANNA MAY LIEN HARPER<br>*AKA* ADRIANNA M BROWN,<br><br>　　Debtor.<br>_____ | CHAPTER 7<br><br><br>JUDGE BONAPFEL<br><br><br>CONTESTED MATTER |
| ADRIANNA MAY-LIEN ADAMS,<br><br>　　Movant,<br><br>v.<br><br>VELOCITY INVESTMENTS LLC,<br><br>　　Respondent. | |

**O R D E R**

　　Before the Court is the Motion to Avoid Lien (the "Motion") of the above-named Debtor, as provided by 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). (Docket No. 44).

The Respondent has not filed a response; thus, the Motion is deemed to be unopposed. *See* BLR 6008-1(b), N.D. Ga. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the lien held by the Respondent upon exempt property of the above-named Movant is **AVOIDED** to the extent that such lien impairs an exemption to which Movant would have been entitled pursuant to 11 U.S.C. § 522(b).

The Clerk of Court is directed to serve a copy of this Order to the parties on the distribution list.

END OF DOCUMENT

DISTRIBUTION LIST

Adrianna May-lien Adams
4350 Stonewall Tell Rd
Atlanta, GA 30349

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

Kyle A. Cooper
Kyle A. Cooper Trustee
120 Travertine Trl
Alpharetta, GA 30022

Velocity Investments LLC
Judy Nam, Attorney
3100 Breckinridge Blvd.
Suite 722
Duluth, GA  30096

Velocity Investments LLC
Reg. Agent: Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA  30092