**IT IS ORDERED as set forth below:**



**Date: September 24, 2025**

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: 24-58957-PWB |
| ADRIANNA MAY-LIEN ADAMS<br>*AKA* ADRIANNA M ADAMS<br>*AKA* ADRIANNA ADAMS<br>*AKA* ADRIANNA MAY LIEN HARPER<br>*AKA* ADRIANNA M BROWN, | CHAPTER 7 |
| | JUDGE BONAPFEL |
| Debtor.<br>_____ | CONTESTED MATTER |
| ADRIANNA MAY-LIEN ADAMS, | |
| Movant, | |
| v. | |
| VELOCITY INVESTMENTS LLC, | |
| Respondent. | |

**O R D E R**

Before the Court is the Motion to Avoid Lien (the "Motion") of the above-named Debtor, as provided by 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). (Docket No. 44).

The Respondent has not filed a response; thus, the Motion is deemed to be unopposed. *See* BLR 6008-1(b), N.D. Ga. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the lien held by the Respondent upon exempt property of the above-named Movant is **AVOIDED** to the extent that such lien impairs an exemption to which Movant would have been entitled pursuant to 11 U.S.C. § 522(b).

The Clerk of Court is directed to serve a copy of this Order to the parties on the distribution list.

END OF DOCUMENT

DISTRIBUTION LIST

Adrianna May-lien Adams
4350 Stonewall Tell Rd
Atlanta, GA 30349

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

Kyle A. Cooper
Kyle A. Cooper Trustee
120 Travertine Trl
Alpharetta, GA 30022

Velocity Investments LLC
Judy Nam, Attorney
3100 Breckinridge Blvd.
Suite 722
Duluth, GA  30096

Velocity Investments LLC
Reg. Agent: Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA  30092

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 24-58957-pwb |
| Adrianna May-lien Adams | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
| Date Rcvd: Sep 25, 2025 | Form ID: pdf400 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adrianna May-lien Adams, 4350 Stonewall Tell Rd, Atlanta, GA 30349-1714 |
| | + | Velocity Investments LLC, Judy Nam, Attorney, 3100 Breckinridge Blvd., Suite 722, Duluth, GA 30096-4985 |
| 24908810 | + | Velocity Investments LLC, RA: Corporation Service Company, 2 Sun Court, Suite 400, Norcross, GA 30092-2865 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brandi L. Kirkland | on behalf of Trustee K. Edward Safir courtdailysummary@atlch13tt.com |
| E. L. Clark | on behalf of Debtor Adrianna May-lien Adams cwatlantabk@gmail.com clarkwash@ecf.courtdrive.com |
| Kyle A. Cooper | kylecoopertrustee@gmail.com ecf.alert+Cooper@titlexi.com |
| Matthew Franklin Totten | on behalf of Creditor Seven Points Borrower LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |

District/off: 113E-9 | User: bncadmin | Page 2 of 2
Date Rcvd: Sep 25, 2025 | Form ID: pdf400 | Total Noticed: 3

Philip L. Rubin               on behalf of Creditor The Credit Union Loan Source  LLC dba Cinch Auto Finance prubin@lrglaw.com

TOTAL: 6