**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Adrianna May−lien Adams**
4350 Stonewall Tell Rd
Atlanta, GA 30349

xxx−xx−1322

Case No.: **24−58957−pwb**
Chapter: **7**
Judge: **Paul W. Bonapfel**

### DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

_____
Paul W. Bonapfel
United States Bankruptcy Judge

Dated:  November 3, 2025

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION
REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

## EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### **Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

### **Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### **Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court

Northern District of Georgia

In re:  
Adrianna May-lien Adams  
    Debtor

Case No. 24-58957-pwb  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: admin      Page 1 of 4  
Date Rcvd: Nov 03, 2025      Form ID: 182      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adrianna May-lien Adams, 4350 Stonewall Tell Rd, Atlanta, GA 30349-1714 |
| cr | + | Seven Points Borrower, LLC, The Totten Firm, 2090 Dunwoody Club Dr, Suite 106-33, Atlanta, GA 30350-5434 |
| 25008977 | + | Plaza Services, LLC, P.O. Box 1186, P.O. Box 1186, Smyrna, GA 30081-1186 |
| 24908808 | + | Somiss/unisa, 7400 E Arapaho Rd Su, Englewood, CO 80112-1279 |
| 24908810 | + | Velocity Investments LLC, RA: Corporation Service Company, 2 Sun Court, Suite 400, Norcross, GA 30092-2865 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: kyle.cooper@txitrustee.com | Nov 03 2025 20:55:00 | Kyle A. Cooper, Kyle A. Cooper Trustee, 120 Travertine Trl, Alpharetta, GA 30022 |
| 25002460 | + | Email/Text: BNCnotices@dcmservices.com | Nov 03 2025 20:55:00 | ATRIUM HEALTH, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 24908761 | + | Email/Text: bankruptcy@acima.com | Nov 03 2025 20:56:00 | Acima, P.O.Box 1667, Draper, UT 84020-1667 |
| 24908762 | + | Email/PDF: bncnotices@becket-lee.com | Nov 03 2025 20:59:28 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 24978521 | | Email/PDF: bncnotices@becket-lee.com | Nov 03 2025 20:59:22 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 24908763 | + | Email/PDF: bncnotices@becket-lee.com | Nov 03 2025 21:15:40 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 24908764 | | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 03 2025 20:55:53 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 24908766 | | Email/Text: bankruptcy@centuryfirstfcu.com | Nov 03 2025 20:55:00 | Centuryfst, 3318 Hardy Street, Hattiesburg, MS 39401 |
| 24915530 | ^ | MEBN | Nov 03 2025 20:51:07 | CREDIT UNION LOAN SOURCE DBA CINCH AUTO FINANCE, 10400 Old Alabama Connector Rd. Ste100, Alpharetta, GA 30022-8225 |
| 24908765 | + | EDI: CAPITALONE.COM | Nov 04 2025 01:39:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 24921821 | + | EDI: AIS.COM | Nov 04 2025 01:39:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 24908767 | ^ | MEBN | Nov 03 2025 20:50:29 | Cinch Auto Finance, Attn: Bankruptcy, 10400 Old Alabama Connector Rd . Ste 100, Alpharetta, GA 30022-8225 |
| 24908768 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 03 2025 20:56:00 | Collection Management Company, Attn: Bankruptcy, 661 Andersen Drive, Suite 110, Pittsburgh, PA 15220-2700 |

Case 24-58957-pwb    Doc 54    Filed 11/05/25    Entered 11/06/25 01:08:28    Desc Imaged
                        Certificate of Notice    Page 4 of 6

| District/off: 113E-9 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2025 | Form ID: 182 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| 24908769 | + | Email/Text: ebankruptcy@cbamacon.com | Nov 03 2025 20:56:00 | Creditors Bureau Associates, Attn: Bankruptcy, 112 Ward St, Macon, GA 31204-3147 |
| 24908770 | + | Email/Text: bankruptcynotices@current.com | Nov 03 2025 20:55:00 | Current, Attn: Bankruptcy, 217 Centre St #180,, New York, NY 10013-3624 |
| 24908771 | ^ | MEBN | Nov 03 2025 20:49:25 | Department of Labor, 148 Andrew Young International Blvd., Atlanta, GA 30303-1733 |
| 24908772 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 03 2025 20:56:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 25005871 | + | Email/Text: bankruptcyreports@wakeassoc.com | Nov 03 2025 20:56:00 | EMERGENCY COVERAGE CORPORATION, c/o Wakefield & Associates, LLC, PO Box 58, Fort Morgan, CO 80701-0058 |
| 24908796 | ^ | MEBN | Nov 03 2025 20:48:53 | First Credit Services, Attn: Bankruptcy, Po Box 55 3 Skiles Ave, Piscataway, NJ 08855-0055 |
| 24908797 | + | EDI: AMINFOFP.COM | Nov 04 2025 01:39:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 25044673 | + | Email/Text: bankruptcy@flexshopper.com | Nov 03 2025 20:54:00 | Flexshopper LLC, 901 Yomato Road, Suite 260, Boca Raton FL 33431-4415 |
| 24908799 | | EDI: GADEPTOFREV.COM | Nov 04 2025 01:39:00 | Georgia Department of Revenue, Compliance Division, ARCS Bankruptcy, 1800 Century BLVD NE Suite 9100, Atlanta, GA 30345-3202 |
| 24912296 | ^ | MEBN | Nov 03 2025 20:49:25 | Georgia Department of Labor, UI Legal, 148 Andrew Young International Blvd. NE, Suite 826, Atlanta, GA 30303-1751 |
| 24908800 | | EDI: IRS.COM | Nov 04 2025 01:39:00 | Internal Revenue Service, 401 W. Peachtree St., NW, Stop #334-D, Room 400, Atlanta, GA 30308 |
| 24987955 | | EDI: JEFFERSONCAP.COM | Nov 04 2025 01:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 24908801 | + | EDI: JPMORGANCHASE | Nov 04 2025 01:39:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 24920282 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2025 20:59:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 24908802 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2025 20:58:51 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 24908804 | + | Email/Text: MDSBankruptcies@meddatsys.com | Nov 03 2025 20:54:00 | Medical Data Systems (MDS), 2001 9th Avenue, Suite 312, Vero Beach, FL 32960-6413 |
| 25044674 | + | Email/Text: bknotices@progressresidential.com | Nov 03 2025 20:56:00 | Progress Residential, 7500 N. Dobson Rd, Scottsdale AZ 85256-2727 |
| 24985253 | | EDI: Q3G.COM | Nov 04 2025 01:39:00 | Quantum3 Group LLC as agent for, CASCADE CAPITAL FUNDING LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25011050 | | EDI: Q3G.COM | Nov 04 2025 01:39:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 24908807 | + | Email/Text: ngisupport@radiusgs.com | Nov 03 2025 20:55:00 | Radius Global Solution, Attn: Bankruptcy, 7831 Glenroy, Ste 250, Edina, MN 55439-3117 |
| 24908798 | | Email/Text: bankruptcy@sequium.com | Nov 03 2025 20:54:00 | Focus Receivables Management, LLC, 1130 Northchase Parkway Se, Suite 150, Marietta, GA 30067 |
| 24927407 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 03 2025 20:56:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 24908809 | + | EDI: USAA.COM | Nov 04 2025 01:39:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredricksburg Rd, San Antonio, TX |

| District/off: 113E-9 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2025 | Form ID: 182 | Total Noticed: 42 |

| Recip ID | | Bypass Reason | Name and Address | | |
|---|---|---|---|---|---|
| 24910679 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | | 78288-0002 Nov 03 2025 20:56:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 24908773 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908774 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908775 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908776 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908777 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908778 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908779 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908780 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908781 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908782 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908783 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908784 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908785 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908786 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908787 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908788 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908789 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908790 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908791 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908792 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908793 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908794 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908795 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 24908803 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 24908805 | *+ | Medical Data Systems (MDS), 2001 9th Avenue, Suite 312, Vero Beach, FL 32960-6413 |
| 24908806 | *+ | Medical Data Systems (MDS), 2001 9th Avenue, Suite 312, Vero Beach, FL 32960-6413 |

TOTAL: 0 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2025          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|

| District/off: 113E-9 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2025 | Form ID: 182 | Total Noticed: 42 |

Brandi L. Kirkland
    on behalf of Trustee K. Edward Safir courtdailysummary@atlch13tt.com

E. L. Clark
    on behalf of Debtor Adrianna May-lien Adams cwatlantabk@gmail.com clarkwash@ecf.courtdrive.com

Kyle A. Cooper
    kylecoopertrustee@gmail.com ecf.alert+Cooper@titlexi.com

Matthew Franklin Totten
    on behalf of Creditor Seven Points Borrower LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

Office of the United States Trustee
    ustpregion21.at.ecf@usdoj.gov

Philip L. Rubin
    on behalf of Creditor The Credit Union Loan Source LLC dba Cinch Auto Finance prubin@lrglaw.com

TOTAL: 6